No. 80–5007.  MOBLEY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 80–5009.  ZILLER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 80–5012.  LEWIS ET AL. v. LEWIS ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 80–5013.  COOKES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 80–5015.  BROWN v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–5016.  KEY v. BOARD OF VOTER REGISTRATION OF CHARLESTON COUNTY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–5017.  WILLIS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–5020.  SMITH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–5021.  WOODS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–5024.  TALAMANTE v. ROMERO, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 80–5026.  WASSERBERGER v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 80–5027.  FERRIS v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO, ET AL. (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari denied.